NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAYNE CHRISTENSEN COMPANY
AND ARUP K. SENGUPTA,**
*Plaintiffs-Appellees,*

v.

**BRO-TECH CORPORATION (DOING BUSINESS AS
THE PUROLITE COMPANY),**
*Defendant-Appellant.*

---

2012-1178

---

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2381, Senior Judge John W. Lungstrum.

---

ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Bio-Tech Corporation moves to stay the briefing schedule pending entry of final judgment by the district court. Layne Christensen Company et al. oppose and move to dismiss this appeal. Bio-Tech replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Bio-Tech's motion is granted. Bio-Tech is directed to inform this court within 14 days from the date of entry of final judgment by the district court.

(2) Layne's motion to dismiss is denied.

FOR THE COURT

APR 30 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patrick D. Kuehl, Jr., Esq.
    David R. Francescani, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 30 2012

JAN HORBALY
CLERK